1  DAVID R. SCHWARTZ (SBN 152896)
    (dschwartz@srbr-law.com)
2  JEFF D. NEIDERMAN (SBN 203818)
    (jneiderman@srbr-law.com)
3  **SCHWARTZ RIMBERG, LLP**
   6310 San Vicente Boulevard, Suite 360
4  Los Angeles, California 90048
   Telephone: (323) 302-9488
5  Facsimile: (323) 931-4990

6  *Attorneys for Defendants Edward James*
   *Herzstock and Alec Farwell*
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  YELP, INC., a Delaware Corporation, | Case No.: 5:15-cv-00693-PSG |
| 12                  Plaintiff, | |
| 13       v. | **DEFENDANTS EDWARD JAMES HERZSTOCK AND ALEC FARWELL'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| 14  EDWARD JAMES HERZSTOCK, ALEC FARWELL, and MELISSA SCHEINWALD, individuals, doing business as YELPDIRECTOR, REVPLEY, and REVLEAP; and DOES 1-20, inclusive, | |
| 15 | |
| 16 | |
| 17                  Defendants. | Date: June 9, 2015<br>Time: 10:00 a.m.<br>Courtroom: 5 |
| 18 | |
| 19 | Assigned to Magistrate Judge: Hon. Paul Singh Grewal |
| 20 | |

21

22       Counsel for Defendants Edward James Herzstock and Alec Farwell (collectively

23  "Defendants) hereby respectfully request that the Court allow the telephonic appearance of

24  counsel at the Initial Case Management Conference scheduled for June 9, 2015 at 10:00 a.m.

25  This request is made on the grounds that counsel for Defendants is located in Los Angeles,

26  California.  Also, the handling attorney for this matter, Jeff D. Neiderman, will have just recently

27  returned from vacation on Monday, June 8, 2015.  As such, personal appearance at the hearing

28  will cause an undue hardship in that needless travel time and expense will be incurred for the

- 1 -

appearance.

If granted, Jeff D. Neiderman will be making the appearance through CourtCall.

Respectfully submitted,

DATED: May 27, 2015                SCHWARTZ RIMBERG, LLP


By:  /s/ Jeff D. Neiderman
   Jeff D. Neiderman, Esq.
   *Attorneys for Defendants Edward James*
   *Herzstock and Alec Farwell*


**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE**

For good cause set forth in the Application of Defendants above, the Court permits Defendants' counsel to attend the Initial Case Management Conference in this matter on June 9, 2015 through CourtCall.


DATED:  5/28/2015

Paul S. Grewal
United States Magistrate Judge

- 2 -