UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YELP INC., | Case No. 5:15-cv-00693-PSG |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 31)** |
| EDWARD JAMES HERZSTOCK, et al., | |
| Defendant. | |

Based on the parties' joint case management statement[1] and case management conference,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is August 11, 2015.

---

[1] *See* Docket No. 31.

[2] *See* Docket No. 32.

Case No. 5:15-cv-00693-PSG
CASE MANAGEMENT ORDER

1

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Non-expert discovery | November 16, 2015 |
| Designation of opening experts with any report | December 11, 2015 |
| Designation of rebuttal experts with any report | January 15, 2016 |
| Expert discovery | February 26, 2016 |
| Dispositive motions hearing | April 15, 2016 |
| Pre-Trial Conference | April 29, 2016 at 10 a.m. |
| Jury Trial | May 23, 2016 at 9:30 a.m. |

**SO ORDERED.**

Dated: June 11, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge