| | |
|---|---|
| ZACHARY J. ALINDER (State Bar No. 209009)<br>E-Mail: *zalinder@sideman.com*<br>ALLYSON M. FAIR (State Bar No. 287926)<br>E-Mail: *afair@sideman.com*<br>SIDEMAN & BANCROFT LLP<br>One Embarcadero Center, Twenty-Second Floor<br>San Francisco, California 94111-3711<br>Telephone: (415) 392-1960<br>Facsimile: (415) 392-0827<br><br>AARON SCHUR (State Bar No. 229566)<br>E-Mail: *aschur@yelp.com*<br>CONNIE D. SARDO (State Bar No. 253892)<br>E-Mail: *cdsardo@yelp.com*<br>YELP INC.<br>140 New Montgomery Street<br>San Francisco, California 94105-3705<br>Telephone: (415) 908-3801<br>Facsimile: (415) 390-2127<br><br>Attorneys for Plaintiff Yelp Inc. | SCHWARTZ RIMBERG, LLP<br>DAVID R. SCHWARTZ (SBN 152896)<br>(dschwartz@srbr-law.com)<br>DARCY R. HARRIS (SBN 200594)<br>(dharris@srbr-law.com)<br>JEFF D. NEIDERMAN (SBN 203818)<br>(jneiderman@srbr-law.com)<br>6310 San Vicente Boulevard, Suite 360<br>Los Angeles, California 90048<br>Telephone: (323) 302-9488<br>Facsimile: (323) 931-4990<br><br>Attorneys for Defendants Edward James Herzstock and Alec Farwell |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| YELP INC., a Delaware Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>EDWARD JAMES HERZSTOCK et al.,<br><br>      Defendants. | Case No. 5:15-cv-00693 PSG<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DISCOVERY DEADLINES** |

WHEREAS, on June 11, 2015, the Court entered a Case Management Order (ECF No. 33), setting discovery and case management deadlines in the above-captioned case, consistent with the dates requested by Plaintiff YELP, INC. ("Yelp") and Defendants EDWARD JAMES HERZSTOCK and ALEC FARWELL ("Defendants" and together with Yelp, the "Parties") in their Joint Case Management Conference Statement (ECF No. 31);

WHEREAS, the Parties have responded to written discovery, have begun producing documents, and have a mediation scheduled for November 17, 2015;

WHEREAS, the Parties believe that additional time will be necessary to conduct discovery, including exchanging documents and conducting depositions;

WHEREAS, the Parties believe that the fact and expert witness discovery deadlines should be extended to allow discovery to be concluded; and,

WHEREAS, the Parties believe that the fact and expert witness deadlines can be extended without affecting the additional case management, pre-trial, and trial deadlines set in the Court's June 11, 2015 Case Management Order.

**STIPULATION**

NOW THEREFORE, it is agreed and stipulated by and through counsel of record for the Parties that the following deadlines should be modified as follows:

1. The deadline to conduct non-expert discovery should be extended from November 16, 2015 to December 18, 2015.
2. The deadline for designation of opening experts with any report should be extended from December 11, 2015 to January 8, 2016.
3. The deadline for designation of rebuttal experts with any report should be extended from January 15, 2016 to January 29, 2016.
4. The remaining deadlines in the Court's Case Management Order to finish expert discovery, for dispositive motions hearing, for pretrial conference, for pretrial conference, and for the jury trial, should not be modified.

**IT IS SO AGREED AND STIPULATED.**

DATED: November 9, 2015          SIDEMAN & BANCROFT, LLP

By: */s/ Zachary J. Alinder*
    Zachary J. Alinder, Esq.
    *Attorneys for Plaintiff Yelp, Inc.*


DATED: November 9, 2015          SCHWARTZ RIMBERG, LLP

By: */s/ Jeff D. Neiderman*
    Jeff D. Neiderman, Esq.
    *Attorneys for Defendants Edward James*
    *Herzstock and Alec Farwell*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
    Hon. Paul Singh Grewal
    United States Magistrate Judge

| | |
|---|---|
| 1 | I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic |
| 2 | filing of this document has been obtained from the other signatories. |

DATED: November 9, 2015        SIDEMAN & BANCROFT, LLP

By: */s/ Zachary J. Alinder*
        Zachary J. Alinder, Esq.

8693-1\2678814