# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP INC., <br>     Plaintiff, <br> v. <br> EDWARD JAMES HERZSTOCK, et al., <br>     Defendants. | Case No. 5:15-cv-00693-PSG <br><br> **ORDER TO SHOW CAUSE** |

On November 18, 2015, mediator Shirish Gupta certified that this case had settled.[1] No later than April 5, 2016, Plaintiffs shall show cause why this case should not be dismissed for failure to prosecute. Alternatively, Plaintiffs shall file the dismissal so that the court may close this case.

**SO ORDERED.**

Dated: March 22, 2016

                                                 PAUL S. GREWAL
                                                 United States Magistrate Judge

---

[1] *See* Docket Entry at 11/18/2015.

1

Case No. 5:15-cv-00693-PSG
ORDER TO SHOW CAUSE