| | |
|---|---|
| 1 | Robert Tauler, Esq. (SBN 241964) |
| 2 | TAULER SMITH LLP |
|   | 626 Wilshire Blvd., Suite 510 |
| 3 | Los Angeles, CA 90017 |
|   | Telephone:  (310) 590-3927 |
| 4 | Email:  rtauler@taulersmith.com |

*Attorneys for Defendants*
EDWARD HERZSTOCK and REVLEAP CORP.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP INC., a Delaware Corporation, | Case No.: 5:15-cv-00693 PSG |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| EDWARD JAMES HERZSTOCK, and ALEC FARWELL, individuals, doing business as YELPDIRECTOR, REVPLEY, and REVLEAP, | |
| Defendants. | |

1  NOTICE IS HEREBY GIVEN that Defendant Edward Herzstock hereby appeals to the Ninth Circuit from the Northern District of California Court's Order Granting Stipulated Judgment on March 6, 2018.

NOTICE IS FURTHER GIVEN that Defendant hereby elects to proceed under the provisions of California Rules of Court, Rule 8.124, so that a joint appendix or individual appendices will be submitted in lieu of a clerk's transcript.

DATED:  April 6, 2018                        TAULER SMITH LLP


By: _____
                Robert Tauler
        EDWARD JAMES HERZSTOCK

**NOTICE OF APPEAL**

**CERTIFICATE OF SERVICE**

*Yelp, Inc., a Delaware Corporation v. Edward James Herzstock and Alec Farwell, individuals doing business as Yelpdirector, Revpley, and Revleap,* Case No. 5:15-cv-00693-PSG.

I hereby certify that on April 6th, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and *transmittal* of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

_____
Robert Tauler