Robert Tauler (SBN 241964)
Tauler Smith LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927
rtauler@taulersmith.com

*Attorneys for Defendants*
EDWARD HERZSTOCK and REVLEAP CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELP INC., a Delaware Corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>EDWARD JAMES HERZSTOCK, and ALEC FARWELL, individuals, doing business as YELPDIRECTOR, REVPLEY, and REVLEAP,<br><br>           Defendants. | Case No.: 5:15-cv-00693 PSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME FOR FILING NOTICE OF APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A)(ii) and FRAP 4(a)(5)(B), and good cause appearing, IT IS THEREFORE ORDERED that Defendants' Motion to Extend Time for Filing Notice of Appeal is GRANTED.

DATED: _____     _____
                                        The Honorable _____

                                        United States District Judge