Joshua P. Friedman, S.B. #216261
Joshua P. Friedman and Associates, Inc.
23679 Calabasas Road #377
Calabasas, CA 91302
Telephone: (310) 278-8600
Facsimile: (310) 388-5421

Attorney for Plaintiff/Judgment Creditor,
Yelp Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yelp Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>Edward James Herzstock, et al.,<br><br>    Defendants. | Case No.: 5:15-cv-00693-PSG<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that counsel for Plaintiff/Judgment Creditor Yelp Inc., Joshua P. Friedman and Associates, Inc. is associating in this action with Sideman & Bancroft, LLP, and Yelp Inc. Joshua P. Friedman and Associates, Inc.'s contact information is as follows:

> Joshua P. Friedman, S.B. #216261
> Joshua P. Friedman and Associates, Inc.
> 23679 Calabasas Road #377
> Calabasas, CA 91302

Please ensure that Joshua P. Friedman and Associates, Inc.'s office is included in all future service in this action.

DATED: June 27, 2018			JOSHUA P. FRIEDMAN AND ASSOCIATES, INC.


			_____/s/_____
			JOSHUA P. FRIEDMAN
			ATTORNEYS FOR PLAINTIFF/
			JUDGMENT CREDITOR,
			YELP INC.